UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH SPEYER,

                Plaintiff,

-against-

20 CIVIL 6478 (PMH)

## JUDGMENT

DECICCO FAMILY MARKETS, INC,. et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 11, 2021, Defendants' motion to dismiss Plaintiff's Complaint is GRANTED. While "[d]istrict courts should frequently provide leave to amend before dismissing a pro se complaint... leave to amend is not necessary when it would be futile." Reed v. Friedman Mgt. Corp., 541 F. App'x 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000)). Here, the Court has dismissed Plaintiff's Complaint with prejudice as any amendment would be futile; accordingly, this case is closed.

**Dated:**  New York, New York

       January 11, 2021

                                    RUBY J. KRAJICK

                                    Clerk of Court

                 BY:

                                    Deputy Clerk